NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. Bar No. 107881)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4477
     Facsimile: (213) 894-6269
     E-mail:    mark.aveis@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-451-GW |
|---|---|
| Plaintiff, | GOVERNMENT'S RESPONSE TO DEFENDANT JOSE GARCIA'S MOTION TO TERMINATE SUPERVISED RELEASE [DKT. 512] |
| v. | |
| JOSE GARCIA, et al., | [No hearing set] |
| Defendants. | |

Defendant has moved for early termination of his three-year period of supervised release imposed by this Court as part of defendant's 42-month prison sentence for conspiracy to commit bank fraud.  Dkt. 512.

Defendant did not seek input from his Probation Officer or the U.S. Probation and Pretrial Services Office ("USPPSO") (or, at least, made no reference in his motion to having done so).  The government and the Court should receive a Probation Officer's assessment of whether supervised release should be terminated.  Such assessment should include, among other things, whether and how much in restitution defendant has paid and, generally, an overall assessment

of whether termination of supervision is appropriate. See, e.g., United States v. Lai, 458 F.Supp.2d 177 (S.D.N.Y. 2006)(motion to terminate supervision denied on grounds including that defendant had insufficiently satisfied restitution obligation).

The government submits that the motion is, therefore, at the least, premature. The motion should be denied without prejudice and subject to the input from a Probation Officer. After that time, the government will be in a position to fully evaluate defendant's motion and provide a fulsome response.

Accordingly, the government requests that the Court deny the motion without prejudice, order that defendant serve his motion on the USPPSO (or, if applicable, his Probation Officer), and order that the USSPPSO provide a report to the Court and the parties with respect whether supervised release should be terminated at this time.

Dated: March 30, 2020

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


    /s/
MARK AVEIS
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

2