## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 13-451-GW | Date | April 2, 2020 |
|---|---|---|---|

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | NONE |

| Javier Gonzalez | None Present | Mark Aveis - not present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Jose Bautista Garcia | not | | ✔ | | | | |

**Proceedings:**   **(IN CHAMBERS): COURT ORDER**

     Defendant Jose Bautista Garcia has in pro per filed a Motion to Terminate Supervised release under 18 U.S.C. § 3583(e)(1). See Docket No. 512. The Government has filed a Response (Docket No. 513) which, while not opposing the motion per se, indicates that it should not be granted without first hearing from the Probation Office as to its evaluation of his performance so far while on supervised release and its opinion as to whether the supervised release should be terminated early.

     The Court is in agreement with the Government and, therefore, denies the motion without prejudice. Defendant should contact the Probation Office and provide the Office with his filing to get their views on whether his supervised release should be terminated early. Armed with the Probation Office's response, Defendant is free to refile his motion. However, should the Probation Office indicate that it will oppose early termination, the Defendant will have a very difficult road ahead of him.

Initials of Deputy Clerk   JG